UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE SHOMO,

                    Plaintiff,

     -against-

BARBARA FURCO, Nurse; MARY
GENOVESE, Doctor; WILLIAM J. CONNOLLY,
Superintendent; PAULA BUTLER, Deputy
Superintendent of Health; JOSEPH AVANZATO,
Doctor; JOHN HAMMER, Doctor; RONI MAZZA,
Nurse; PAULINE M. LONGKUTOY, Nurse; S.
NTAMBI, Nurse; J. MURRY, Nurse; T.
CODRINGTON, Aide; CAPTAIN WEBBE,
Corrections Captain; J. SCHMIDT, Correction
Officer; and J. LANDOL, Correction Counselor,
                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2020

18 CIVIL 8523 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 20, 2020, defendants' motion to dismiss is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:** New York, New York

       July 21, 2020

                                                 **RUBY J. KRAJICK**
                                                  Clerk of Court
                      BY:
                                                      Deputy Clerk